429 A.2d 108

Metropolitan Federal Savings and Loan v. Cherry.

Appeal of Union National Bank, Intervenor.

Submitted March 18, 1980. Fredrick C. Horn, for appellant; James R. Wendelgass, for appellee; Alvin Freilberg, for participating parties.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

Order affirmed.